# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-26-00457-CV

---

**In re Brian K. Yarbrough**

---

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

---

## M E M O R A N D U M   O P I N I O N

Relator has filed an unopposed motion to dismiss this mandamus proceeding.  We grant the motion and dismiss this proceeding.  All pending motions are dismissed as moot.

_____

Chari L. Kelly, Justice

Before Justices Triana, Kelly, and Ellis

Filed:   June 5, 2026